# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 15−11524−BFK
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gail Robin Jones
4192 Waterway Drive
Dumfries, VA 22025

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−9301

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE THAT DEBTOR IS INELIGIBLE FOR DISCHARGE

Upon review of the Debtor(s) previously filed case(s), notice is hereby given that Debtor Gail Robin Jones is ineligible for a discharge pursuant to 11 U.S.C. §727(a)(8),(9) or §1328(f). The Court shall not grant a discharge if the Debtor has received a discharge in a case filed under chapter 7, 11, 12, or 13 within the period of time specified under 11 U.S.C.§727(a)(8),(9) or §1328(f).

Objections contesting the record must be filed with the Clerk of the U.S. Bankruptcy Court within twenty−one (21) days from the date of this notice.

Dated:  May 5, 2015                               For the Court,

                                                  William C. Redden, Clerk
[ntcrepeatdb.jsp]                                 United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                              Case No. 15-11524-BFK
Gail Robin Jones                                                                    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9    User: admin              Page 1 of 1              Date Rcvd: May 05, 2015
                        Form ID: ntcrepdb        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2015.
db           #+Gail Robin Jones,   4192 Waterway Drive,   Dumfries, VA 22025-1603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2015 at the address(es) listed below:
     Michael Jacob Owen Sandler    on behalf of Debtor Gail Robin Jones sandlerlaw@yahoo.com,
      ignmjosandler@gmail.com
     Thomas P. Gorman    ch13alex@gmail.com,  tgorman26@gmail.com
                                                                                                     TOTAL: 2